☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **The Food Company, Inc.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**TruckBux, LLC**

**TruckBux, Inc**

**ZIKI Kitchen LLC**

**BIG-FARMA LLC**

**3. Debtor's federal Employer Identification Number (EIN)**

__8__ __4__ – __3__ __7__ __4__ __6__ __6__ __2__ __5__

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2118 Congress Avenue** | |
| Number        Street | Number        Street |
| **Austin, TX 78704** | |
| City                                State      ZIP Code | City                                State      ZIP Code |
| **Travis** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number        Street |
| | City                                State      ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___   ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____

                                            MM / DD / YYYY

        District _____ When _____ Case number _____

                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____

                                             MM / DD / YYYY

       Case number, if known _____

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☐ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☑ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/14/2025**
              MM/ DD/ YYYY

**X**   **/s/ Nicholas Nanakos**                         **Nicholas Nanakos**
        Signature of authorized representative of debtor        Printed name

Title _____

**18. Signature of attorney**

**X** _____ **/s/ Justice Pierce** _____   Date **07/14/2025**
      Signature of attorney for debtor                   MM/ DD/ YYYY

**Justice Pierce**
Printed name

**Kannon Moore Law**
Firm name

**7500 Rialto Blvd 1-250**
Number        Street

**Austin**                          **TX**      **78735**
City                                State    ZIP Code

_____                **justice@kannonmoorelaw.com**
Contact phone                       Email address

**24132135**                        **TX**
Bar number                          State

Debtor Name **The Food Company, Inc.**

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Texas** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.  **Does the debtor have any cash or cash equivalents?**

 ☐ No. Go to Part 2.
 ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **CHASE** | **Checking account** | **6  1  2  8** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

 4.1 _____

 4.2 _____

5.  **Total of Part 1**

 Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$0.00** |

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**

 ☑ No. Go to Part 3.
 ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

 Description, including name of holder of deposit

 7.1 _____

7.2 _____     _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1 _____     _____

    8.2 _____     _____

9.   **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                    **Current value of debtor's interest**

11.  **Accounts receivable**

    11a. 90 days old or less: _____ - _____ =..... ➔     _____
                   face amount       doubtful or uncollectible accounts

    11b. Over 90 days old: _____ - _____ =..... ➔     _____
                   face amount       doubtful or uncollectible accounts

12.  **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                    **Valuation method used for current value**     **Current value of debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____     _____     _____

    14.2 _____     _____     _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:               % of ownership:

    15.1. _____ _____     _____     _____

    15.2. _____ _____     _____     _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____   _____   _____

    16.2 _____   _____   _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   | _____ |

---

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.   | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |

28. **Crops—either planted or harvested**

_____  _____  _____  _____

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____  _____  _____  _____

30. **Farm machinery and equipment** (Other than titled motor vehicles)

_____  _____  _____  _____

31. **Farm and fishing supplies, chemicals, and feed**

_____  _____  _____  _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____  _____  _____  _____

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | _____ | _____ | _____ |
| 40. | **Office fixtures** | _____ | _____ | _____ |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | _____ | _____ | _____ |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 _____ | _____ | _____ | _____ |
| | 42.2 _____ | _____ | _____ | _____ |
| | 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.                _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

  ☑ No

  ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No. Go to Part 9.

  ☑ Yes. Fill in the information below.

| | General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2022 Tesla Motors Model 3 / Co-owned with another party.** | **$25,093.00** | **KBB.COM** | **$12,546.50** |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

48.1  **TRAILER 1 - Concession Trailer - Make: Was**    unknown                                    $45,000.00
      **previously Toby's Mechanical LLC / VIN:**
      **4T9U1ED27NA277097 Copy & Paste Build Trailer - These trailers**
      **are custom builds, not an established line of brand.**

48.2  **TRAILER 2 - Concession Trailer - Make: Was**    unknown                                    unknown
      **previously Toby's Mechanical LLC / VIN:**
      **4T9U1ED25NA277115 Copy & Paste Build Trailer - These trailers**
      **are custom builds, not an established line of brand.**

48.3  **TRAILER 3 - Concession Trailer - Make: Was**    unknown                                    unknown
      **previously Toby's Mechanical LLC / VIN:**
      **4T9U1ED26NA277107 Copy & Paste Build Trailer - These trailers**
      **are custom builds, not an established line of brand.**

48.4  **TRAILER 4 - Concession Trailer - Make: Was**    unknown                                    unknown
      **previously Toby's Mechanical LLC / VIN:**
      **4T9U1ED29NA277117 Copy & Paste Build Trailer - These trailers**
      **are custom builds, not an established line of brand.**

48.5  **TRAILER 5 - Concession Trailer - Make: Was**    unknown                                    unknown
      **previously Toby's Mechanical LLC / VIN:**
      **4T9UIED22NA277119 Copy & Paste Build Trailer - These trailers are**
      **custom builds, not an established line of brand.**

48.6  **TRAILER 6 - Concession Trailer - Make: Was**    unknown                                    unknown
      **previously Toby's Mechanical LLC / VIN:**
      **4T9U1ED25NA277096 Copy & Paste Build Trailer - These trailers**
      **are custom builds, not an established line of brand.**

49.   **Aircraft and accessories**

      49.1  _____

      49.2  _____

50.   **Other machinery, fixtures, and equipment (excluding farm**
      **machinery and equipment)**

      _____

51.   **Total of Part 8**                                                                          $57,546.50
      Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

      ☑ No

      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

      ☑ No

      ☐ Yes

**Part 9:**    *Real property*

54.   **Does the debtor own or lease any real property?**

      ☑ No. Go to Part 10.

      ☐ Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 10:** Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites**<br>_____ | _____ | _____ | _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | _____ | _____ | _____ |

---

65. **Goodwill**

_____    _____    _____    _____

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

<div style="border:1px solid">_____</div>

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:**    All other assets

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➔    _____
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                    _____

    **Nature of claim**     _____

    **Amount requested**    _____

76. **Trusts, equitable or future interests in property**

_____                    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                    _____

_____                    _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.                    | _____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$0.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$57,546.50** | |
| 88. | **Real property.** *Copy line 56, Part 9.*........................................................ ➡ | | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | **+** | |
| 91. | **Total.** *Add lines 80 through 90 for each column...........................91a.* | **$57,546.50** | **+** 91b. |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................................... | | **$57,546.50** |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**

_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55,000.00 | $55,000.00 |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

**Dept of Treasury - Internal Rev Services**

**Centralized Insolvency Operation**

**PO Box 7346**

**Philadelphia, PA 19101**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Employee Payroll Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$55,000.00**  Priority amount: **$55,000.00**

**2.2** | Priority creditor's name and mailing address

**Dept of Treasury - Internal Rev Services**

**Centralized Insolvency Operation**

**PO Box 7346**

**Philadelphia, PA 19101**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**2023 Business Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$4,906.00**  Priority amount: **$4,906.00**

## Part 1: Additional Page

### 2.3

**Priority creditor's name and mailing address**

**Texas Comptroller**

**Texas Comptroller of Public Accounts**

**P.O. Box 13528, Capitol Station**

**Austin, TX 78711**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the Claim:**

**Business Sales Tax**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$363,000.00          $363,000.00

### 2.4

**Priority creditor's name and mailing address**

**Texas Workforce Commission**

**Regulatory Integrity Division**

**Collections - 101 E 15th St Room 556**

**Austin, TX 78778**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the Claim:**

**Employee Wages**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$109,428.66          $109,428.66

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |
|--|
| **Amount of claim** |

**3.1** Nonpriority creditor's name and mailing address

　**1Source Moving**

　**5006 Hamilton Rd**

　**Austin, TX 78759**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Storage__

Is the claim subject to offset?
☑ No
☐ Yes

**$600.00**

**3.2** Nonpriority creditor's name and mailing address

　**7Shifts, Inc**

　**211 19th Street East, Saskatoon**

　**Saskatchewan, Canada**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Invoice/Services__

Is the claim subject to offset?
☑ No
☐ Yes

**$982.00**

**3.3** Nonpriority creditor's name and mailing address

　**ABC Pest Control**

　**9475 E Highway 290,**

　**Austin, TX 78724**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Invoice/Services__

Is the claim subject to offset?
☑ No
☐ Yes

**$2,746.42**

**3.4** Nonpriority creditor's name and mailing address

　**Acuity**

　**2800 South Taylor Drive PO Box 58**

　**Sheboygan, WI 53082**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Installment Payment__

Is the claim subject to offset?
☑ No
☐ Yes

**$3,869.00**

## Part 2: Additional Page

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,035.60 |

**3.5** Nonpriority creditor's name and mailing address

**Acuity**

**2800 South Taylor Drive PO Box 58**

**Sheboygan, WI 53082**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

$10,035.60

---

**3.6** Nonpriority creditor's name and mailing address

**Advantage Capital**

**807 Las Cimas Parkway Bldg. II, Suite 340**

**Austin, TX 78746**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Monies Loaned or Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$41,775.30

---

**3.7** Nonpriority creditor's name and mailing address

**Alejandro Perez**

**12230 SW 16th Terrance**

**Miami, FL 33175**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Monies Loaned or Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$117,175.22

---

**3.8** Nonpriority creditor's name and mailing address

**Alex Khomus**

**840 Pacheco Street**

**San Francisco, CA 94116**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Monies Loaned or Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$4,085.00

**Part 2:** Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,859.18 |

**3.9** Nonpriority creditor's name and mailing address

__Aliena Zans Rodríguez__

__2306 Wickersham Ln__

__Austin, TX 78741__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$2,859.18

---

**3.10** Nonpriority creditor's name and mailing address

__Ana Cabrera Gonzalez__

__11411 Research Blvd,__

__Austin, TX 78759__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$5,466.56

---

**3.11** Nonpriority creditor's name and mailing address

__Andrea Martinez__

__2239 Cromwell Circle__

__Austin, TX 78741__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$2,567.00

---

**3.12** Nonpriority creditor's name and mailing address

__Andres Lopez__

__9300 Northgate Blvd__

__Austin, TX 78758__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset?
☑ No
☐ Yes

$3,628.00

**Part 2:**  Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Angel Pacheco**

**723 Road 5138**

**Cleveland, TX 77327**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$650.00

---

**3.14** Nonpriority creditor's name and mailing address

**Angel Rodriguez**

**1905 Willow Creek Dr**

**Austin, TX 78741**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,886.03

---

**3.15** Nonpriority creditor's name and mailing address

**Angie Cardenas**

**12428 Sparks Rd**

**Manor, TX 78653**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,659.03

---

**3.16** Nonpriority creditor's name and mailing address

**Angie Gabriela Rodriguez**

**2000 Burton Drive Apt. 137**

**Austin, TX 78741**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,443.00

---

## Part 2: Additional Page

**3.17** | Nonpriority creditor's name and mailing address

__Anthony D'Apolito__

__137 Chestnut Dr Wayne, NJ 07470__

__Wayne, NJ 07470__

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt__

**Is the claim subject to offset?**
☑ No
☐ Yes

$44,385.00

---

**3.18** | Nonpriority creditor's name and mailing address

__Ariam Lopez Martinez__

__1525 Grand Avenue, Apt 13108__

__Pflugerville, TX 78660__

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt__

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,584.00

---

**3.19** | Nonpriority creditor's name and mailing address

__Augment SAS__

__107 Avenue Parmentier__

__Paris, France 75011__

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Invoice/Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

$12.62

---

**3.20** | Nonpriority creditor's name and mailing address

__Aylin Valera__

__2201 Montopolis Dr__

__Austin, TX 78741__

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt__

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,681.28

## Part 2: Additional Page

**3.21** **Nonpriority creditor's name and mailing address**

__BEK__

__PO Box 1570__

__Fort Worth, TX 76101__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Business Debt - Monies Loaned or**
Basis for the claim: __Advanced__

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,114.25

---

**3.22** **Nonpriority creditor's name and mailing address**

__Berni Sanchez__

__1007 E Rundberg Ln, Apt 123__

__Austin, TX 78753__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,890.88

---

**3.23** **Nonpriority creditor's name and mailing address**

__BFS (Business Financial)__

__201 E. Las Olas Blvd, Suite 1450__

__Fort Lauderdale, FL 33301__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Invoice/Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

$310.00

---

**3.24** **Nonpriority creditor's name and mailing address**

__Bush Truck Leasing__

__343 Manley Street, West Bridge__

__West Bridgewater, MA 02379__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Invoice/Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,923.15

| Part 2: | Additional Page |
|---|---|

**3.25** Nonpriority creditor's name and mailing address

Carlos Carrillo

1124 Bartholomae St

Seguin, TX 78155

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $73,635.09
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Business Debt - Monies Loaned or**
Basis for the claim: **Advanced**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Carlos Monroy

100 Empress Tree Dr

Leander, TX 78641

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $4,903.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

Carta (eShares, Inc.)

195 Page Mill Road, Suite 101

Palo Alto, CA 94306

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $5,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Annual Renewal**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

CFG

2455 House Street

Baltimore, MD 21230

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $60,000.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Business Debt - Monies Loaned or**
Basis for the claim: **Advanced**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Part 2:** Additional Page

---

**3.29** Nonpriority creditor's name and mailing address

**Cintas**

P.O. Box 29059

85038,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,014.00

---

**3.30** Nonpriority creditor's name and mailing address

**City of Austin**

PO Box 2267

Austin, TX 78783

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$2,620.84

---

**3.31** Nonpriority creditor's name and mailing address

**Cognizant | Collaborative Solutions, LLC**

11190 Sunrise Valley Drive, Suite 110

Reston, VA 20191

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Business Debt - Monies Loaned or**
Basis for the claim: **Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$16,694.10

---

**3.32** Nonpriority creditor's name and mailing address

**Compañía Internacional de Tráfico,**

Volcán de Ajusco No. 211, Col.

Urdiales, Monterrey

N..L., México, C.P. 64430,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Business Debt - Monies Loaned or**
Basis for the claim: **Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$17,137.96

---

| Part 2: | Additional Page |

---

**3.33** | Nonpriority creditor's name and mailing address

**Coolmax**

**165 Hollis Ln**

**Kyle, TX 78640**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice**

Is the claim subject to offset?
☑ No
☐ Yes

$5,980.00

---

**3.34** | Nonpriority creditor's name and mailing address

**Cozzini**

**350 Howard Avenue**

**Des Plaines, IL 60018**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

$454.80

---

**3.35** | Nonpriority creditor's name and mailing address

**CrunchTime! | Information Systems, Inc.**

**120 Causeway St, Ste 306**

**Boston, MA 02114**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Business Debt -
Monies Loaned or
Basis for the claim:  **Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$68,688.78

---

**3.36** | Nonpriority creditor's name and mailing address

**CSA Realty Group, inc**

**9011 Mountain Ridge Dr #200**

**Austin, TX 78759**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset?
☑ No
☐ Yes

$42,500.00

---

## Part 2: Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,688.86 |
|---|---|---|---|

**3.37** Nonpriority creditor's name and mailing address
**Dankiel Gutierrez Marrtinez**

**7485 Chevy chase dr**

**Austin, TX 78752**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,688.86

---

**3.38** Nonpriority creditor's name and mailing address
**Danyer Abad Rodriguez**

**2800 La Frontera Blvd**

**Round Rock, TX 78681**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,437.96

---

**3.39** Nonpriority creditor's name and mailing address
**Discoteca Latino**

**9027 Northgate Blvd Suite R 10**

**Austin, TX 78758**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt - Monies Loaned or Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$55,615.00

---

**3.40** Nonpriority creditor's name and mailing address
**DocuSign**

**221 Main St #800**

**San Francisco, CA 94105**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Annual Renewal**

Is the claim subject to offset?
☑ No
☐ Yes

$1,200.00

| Part 2: | Additional Page |
|---------|-----------------|

**3.41** Nonpriority creditor's name and mailing address

**Dominic Primerano**

**740 Honeysuckle Dr**

**Warminster, PA 18974**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Monies Loaned or Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$44,690.00

---

**3.42** Nonpriority creditor's name and mailing address

**Domos Omnispace**

**417 Arrieta El Vergel Colonia**

**Monterrey NL, 64987**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,900.00

---

**3.43** Nonpriority creditor's name and mailing address

**Door Dash Capital**

**303 2nd St, South Tower Suite 800**

**San Francisco, CA 94107**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

$67,959.61

---

**3.44** Nonpriority creditor's name and mailing address

**Elia Perez Rodriguez**

**1801 Wells Branch Pkwy, Apt 710**

**Austin, TX 78728**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,230.49

### Part 2:  Additional Page

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,000.00** |
|---|---|---|---|

**Farm to Table**

**3913 Todd Ln, Ste 409**

**Austin, TX 78744**

Date or dates debt was incurred  _____

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  **Invoice/Services**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$828.91** |
|---|---|---|---|

**Favor**

**1705 Guadalupe St**

**Austin, TX 78701**

Date or dates debt was incurred  _____

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  **Invoice/Services**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$324.75** |
|---|---|---|---|

**Fluid Meter Service Corporation**

**1020 6th Avenue**

**Huntington, WV 25701**

Date or dates debt was incurred  _____

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  **Invoice**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,557.00** |
|---|---|---|---|

**Francisca Lissette Sandoval Alvarez**

**3605 steck ave**

**Austin, TX 78759**

Date or dates debt was incurred  _____

Last 4 digits of account number  — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  **Business Debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Part 2:**   Additional Page

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,051.12 |

**Francisco Lopez**

**1007 East Rumberg ln, Apt 123**

**Austin, TX 78753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim:   **Business Debt**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,543,970.00 |

**Grand Funding LLC**

**180 Maiden Lane**

**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim:   **Business Debt - Monies Loaned or Advanced**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,641.00 |

**Grissel Hernandez Balladares**

**1911 Willow Creek Dr, Apt 201**

**Austin, TX 78741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim:   **Business Debt**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,400.00 |

**Hamilton Food Park**

**5006 Hamilton Lane**

**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    _____

Basis for the claim:   **Invoice/Services**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |

**3.53** Nonpriority creditor's name and mailing address

**Hardie's Fresh Foods**

**3131 Produce Row**

**Houston, TX 77023**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

$947.70

---

**3.54** Nonpriority creditor's name and mailing address

**Hartford WC Insurance (The Hartford)**

**One Hartford Plaza**

**Hartford, CT 06155**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

$11,940.00

---

**3.55** Nonpriority creditor's name and mailing address

**HK Propane, LLC**

**2301 N FM 973**

**Austin, TX 78724**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,465.00

---

**3.56** Nonpriority creditor's name and mailing address

**HRR Enterprises, Inc.**

**1755 Genesis Dr**

**La Porte, IN 46350**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

$9,308.00

---

**Part 2:**  Additional Page

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $206.21 |
|---|---|---|---|

**3.57** Nonpriority creditor's name and mailing address

**Infisical Inc**

**235 2nd Street**

**San Francisco, CA 94105**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Invoice/Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$206.21

---

**3.58** Nonpriority creditor's name and mailing address

**inFlow (Archon Systems Inc.)**

**30 Fulton Way, Unit 5**

**Richmond Hill, ON L4B 1J5, Canada**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Invoice**

**Is the claim subject to offset?**
☑ No
☐ Yes

$747.00

---

**3.59** Nonpriority creditor's name and mailing address

**Iryna Nakonechna**

**12220 Hunters Chase Dr**

**Austin, TX 78729**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,059.00

---

**3.60** Nonpriority creditor's name and mailing address

**Jaidy Alban**

**2005 Willow Creek**

**Austin, TX 78741**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,213.00

**Part 2:    Additional Page**

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,563.99 |

**3.61**

Nonpriority creditor's name and mailing address

**Jennifer Maradiaga**

**2400 Wickecham Ln, Apt 280**

**Austin, TX 78741**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,563.99

---

**3.62**

Nonpriority creditor's name and mailing address

**Jolt**

**1510 Fashion Island Blvd #110**

**San Mateo, CA 94404**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

$3,212.00

---

**3.63**

Nonpriority creditor's name and mailing address

**Jonathan Vladimir Reyes Perez**

**4821 E Riverside Dr, Austin, TX 78741**

**Austin, TX 78741**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,065.51

---

**3.64**

Nonpriority creditor's name and mailing address

**Jose Benancio Alvarez Perez**

**1630 Rutland Dr**

**Austin, TX 78758**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,599.00

## Part 2: Additional Page

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,767.00 |
|---|---|---|---|

**3.65** Nonpriority creditor's name and mailing address

**Jose Marin Solano**

**2250 Ridgepoint, Unit 801**

**Austin, TX 78754**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,767.00

---

**3.66** Nonpriority creditor's name and mailing address

**Josselyn Acosta Hernandez**

**1500 Lawnmont Dr**

**Round Rock, TX 78664**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,957.36

---

**3.67** Nonpriority creditor's name and mailing address

**Judith Gaitan Reyes**

**1630 Rutland Dr**

**Austin, TX 78758**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,876.00

---

**3.68** Nonpriority creditor's name and mailing address

**Just Add Water ATX**

**1348 Antelope Valley Road**

**Reno, NV 89506**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

$3,707.00

**Part 2:** Additional Page

**3.69** Nonpriority creditor's name and mailing address

**Karen Guerrero**

**2306 Wickersham Ln**

**Austin, TX 78741**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$3,483.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**3.70** Nonpriority creditor's name and mailing address

**Karla Pineda**

**1919 Willow Creek Dr Apt 208**

**Austin, TX 78741**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$2,894.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**3.71** Nonpriority creditor's name and mailing address

**Laz Parking / 99 Trinity Garage**

**99 Trinity Street, Austin, TX**

**Austin, TX 78701**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$10,842.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.72** Nonpriority creditor's name and mailing address

**Leidy Nunez**

**2100 Wickersham Ln**

**Austin, TX 78741**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   **$3,052.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2: Additional Page

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,918.00 |
|---|---|---|---|

**3.73** Nonpriority creditor's name and mailing address

**Lilian Rivero Quevedo**

**2801 Wells Branch Pkwy, Apt. #212**

**Austin, TX 78728**

As of the petition filing date, the claim is: $2,918.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.74** Nonpriority creditor's name and mailing address

**Malone Coffee**

**14735 Bratton Ln #210**

**Austin, TX 78728**

As of the petition filing date, the claim is: $125.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.75** Nonpriority creditor's name and mailing address

**Maria Argentina Guardado Sanchez**

**2306 Wickerham Ln, Unit 1305**

**Austin, TX 78741**

As of the petition filing date, the claim is: $3,005.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.76** Nonpriority creditor's name and mailing address

**Maria Zenaida Cardoso Llanes**

**2811 La frontera Blvd**

**Austin, TX 78728**

As of the petition filing date, the claim is: $3,217.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **Part 2:** | Additional Page |
| --- | --- |

**3.77** Nonpriority creditor's name and mailing address

**Maxim Rent**

**2093 Philadelphia Pike Ste 4020**

**Claymont, DE 19703**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Invoice/Services**

Is the claim subject to offset?
☒ No
☐ Yes

$1,764.71

---

**3.78** Nonpriority creditor's name and mailing address

**Milan Josue Rodriguez**

**2201 Montopolis Dr**

**Austin, TX 78741**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$2,262.37

---

**3.79** Nonpriority creditor's name and mailing address

**Mo Issa**

**9024 Sawtooth Ln B**

**Austin, TX 78729**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$6,253.85

---

**3.80** Nonpriority creditor's name and mailing address

**Nelly Isabel Sanchez Meza**

**2306 Wickercham Ln Unit 1305**

**Austin, TX 78741**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

$1,572.32

| Part 2: | Additional Page |
|---|---|

**3.81**

Nonpriority creditor's name and mailing address

**Niurka Davila**

**1905 Willow Creek Dr. Apt 202**

**Austin, TX 78741**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,553.00

---

**3.82**

Nonpriority creditor's name and mailing address

**Noah Richardson**

**420 Marlboro Rd. Bridgeton NJ 08302**

**Bridgeton, NJ 08302**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Monies Loaned or Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.83**

Nonpriority creditor's name and mailing address

**Noah Richardson**

**420 Marlboro Rd**

**Bridgeton, NJ 08302**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Monies Loaned or Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$31,250.00

---

**3.84**

Nonpriority creditor's name and mailing address

**Noe Galaviz**

**303 West 5th St. Unit 1206**

**Austin, TX 78701**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$630.00

## Part 2: Additional Page

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,809.50 |

**Northstar Leasing**

**2002 Crow Canyon Place, Suite 130**

**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Basis for the claim:  Installment Payment**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |

**Notion Labs, Inc**

**2300 Harrison Street**

**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Basis for the claim:  Invoices**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,725.00 |

**Olga Bulava**

**3209 South Interstate 35, Apt 2032**

**Austin, TX 78741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Basis for the claim:  Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,278.00 |

**OneSource Virtual, Inc.**

**P.O. Box 737439**

**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Basis for the claim:  **Business Debt - Monies Loaned or Advanced**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** Additional Page

---

**3.89** Nonpriority creditor's name and mailing address

**Opus Training, Inc.**

**221 Canal Street**

**New York, NY 10013**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Invoice/Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,432.00

---

**3.90** Nonpriority creditor's name and mailing address

**Pedro Arias**

**1419 Ash Meadow Dr**

**Houston, TX 77090**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$875.00

---

**3.91** Nonpriority creditor's name and mailing address

**PODS**

**13535 Feather Sound Dr**

**Clearwater, FL 33762**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pod Storage Payment -**
Basis for the claim: **Estimated Total**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$35,000.00

---

**3.92** Nonpriority creditor's name and mailing address

**Prep ATX**

**3300 Marjan Drive**

**Atlanta, GA 30340**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Business Debt -**
**Monies Loaned or**
Basis for the claim: **Advanced**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$56,428.00

---

| Part 2: | Additional Page |

---

**3.93** Nonpriority creditor's name and mailing address

**Proventure Capital LLC**

**2613 E 16th Street**

**Brooklyn, NY 11235**

Date or dates debt was incurred

Last 4 digits of account number — — — —

Remarks: a

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Monies Loaned or Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$448,000.00

---

**3.94** Nonpriority creditor's name and mailing address

**Pry**

**665 3rd St, #150**

**San Francisco, CA 94107**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

$400.00

---

**3.95** Nonpriority creditor's name and mailing address

**Ramp**

**71 5th Avenue, Floor 6, New York**

**10003**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Installment Payment/Invoice**

Is the claim subject to offset?
☑ No
☐ Yes

$77,636.33

---

**3.96** Nonpriority creditor's name and mailing address
**Raul Torres**

**Privada la Castaña 403**

**Privada la Castaña, Apodaca MX**

Date or dates debt was incurred

Last 4 digits of account number — — — —

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$32,372.17

---

## Part 2: Additional Page

**3.97** | Nonpriority creditor's name and mailing address

**Reagan Outdoor Advertising**

**7301 Burleson Road**

**Austin, TX 78744**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Advertisement**

Is the claim subject to offset?
☑ No
☐ Yes

$42,455.00

---

**3.98** | Nonpriority creditor's name and mailing address

**RhinoFleet (GPS Insight**

**7201 E Henkel Way, Suite 400**

**Scottsdale, AZ 85255**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

$939.19

---

**3.99** | Nonpriority creditor's name and mailing address

**Sandra Alvarez Martinez**

**7485 Chevy Chase Dr,**

**Austin, TX 78752**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,901.36

---

**3.100** | Nonpriority creditor's name and mailing address

**Speiro Investments, LLC**

**9551 Leyendekker Ct**

**Lakeside, CA 92040**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Business Debt - Monies Loaned or**
Basis for the claim:   **Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

## Part 2: Additional Page

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**3.101**

**Nonpriority creditor's name and mailing address**

**Starlink**

**1 Rocket Road**

**Hawthorne, CA 90250**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Invoice/Services

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,000.00

---

**3.102**

**Nonpriority creditor's name and mailing address**

**Texas Disposal Systems**

**PO Box 674090**

**Dallas, TX 75267**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Past Due

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$770.44

---

**3.103**

**Nonpriority creditor's name and mailing address**

**Texas First Rentals**

**1201 E. 4th Street**

**Austin, TX 78702**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Invoice/Services

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$6,575.97

---

**3.104**

**Nonpriority creditor's name and mailing address**

**Texas Gas Service**

**P.O. Box 219913**

**Kansas City, MO 64121**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$672.96

**Part 2:** Additional Page

---

**3.105** Nonpriority creditor's name and mailing address

**Texas Pro Contracting Air**

**Conditioning and Heating LLC**

**151 CR 3370A**

**Cleveland, TX 77327**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Invoice**

Is the claim subject to offset?
☑ No
☐ Yes

$6,240.00

---

**3.106** Nonpriority creditor's name and mailing address

**Thalia Bosque Hernandez**

**2800 La frontera Blvd**

**Round Rock, TX 78681**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,442.00

---

**3.107** Nonpriority creditor's name and mailing address

**Toast Invoices | Toast Capital**

**401 Park Drive, Suite 801**

**Boston, MA 02215**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

$91,980.25

---

**3.108** Nonpriority creditor's name and mailing address

**USFOOD (US Foods)**

**9399 W. Higgins Road, Suite 500**

**Des Plaines, IL 60018**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Installment Payments**

Is the claim subject to offset?
☑ No
☐ Yes

$12,895.92

**Part 2:** Additional Page

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,230.59 |
|---|---|---|---|

**3.109** **Nonpriority creditor's name and mailing address**

**Verizon Wireless**

**Po Box 660108**

**Dallas, TX 75266**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,230.59**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Invoice/Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

**Virtue Craft**

**512 Rio Grande St**

**Austin, TX 78701**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: **$4,900.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**

**Workday Inc**

**P.O. Box 886106**

**Los Angeles, CA 90088**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: **$54,408.28**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt - Monies Loaned or Advanced**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.112** **Nonpriority creditor's name and mailing address**

**Yary Quintana**

**7485 Chevy Chase Dr, 106**

**Austin, TX 78752**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,521.18**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:**  Additional Page

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,046.00

**Yeidis Enamorado Mendez**

7584 Chevy Chase Dr, 16-104

Austin, TX 78752

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270,578.86

**YFR | Your Food Robotics, Inc.**

2093 Philadelphia Pike Ste 4020

Claymont, DE 19703

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,018.23

**Yuleisy Perez Fonseca**

2811 La Frontera blvd

Austin, TX 78728

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,090.00

**Yuritza Tejeda**

1630 Rutland Dr

Austin, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.117** | **Nonpriority creditor's name and mailing address**

**Yuritza's Check**

1762 Colony Creek Dr

Austin, TX 78758

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Invoice/Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$535.00

**3.118** | **Nonpriority creditor's name and mailing address**

**ZeroAcre Oil**

801 El Camino Real

Menlo Park, CA 94025

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Invoice

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,425.00

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1 Advantage Platform Services Inc**<br><br>**Advantage Capital**<br><br>**104 E 25th Street, Floor 10**<br><br>**New York, NY 10010** | Line **3.6**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2 Hamilton Food Park**<br><br>**5002 Hamilton Lane**<br><br>**Austin, TX 78759** | Line **3.52**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3 Hamilton Food Park (ABBRE, LLC)**<br><br>**(ABBRE, LLC)**<br><br>**1090 Barnview Ln**<br><br>**West Chester, PA 19382** | Line **3.52**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4 Speiro Investments, LLC**<br><br>**4225 Executive Square, Suite 600**<br><br>**La Jolla, CA 92037** | Line **3.100**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $532,334.66 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $3,690,090.94 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $4,222,425.60 |

Fill in this information to identify the case:

Debtor name    **The Food Company, Inc.**

United States Bankruptcy Court for the:    **Western**    District of    **Texas**

                                               (State)

Case number (If known):    Chapter    **7**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name    **The Food Company, Inc.**

United States Bankruptcy Court for the:    **Western**    District of    **Texas**
  (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.**   **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

**2.**   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | The Food Company, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City State ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City State ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Fill in this information to identify the case:

Debtor name     **The Food Company, Inc.**

United States Bankruptcy Court for the:
     **Western District of Texas**

Case number (if known): _____     Chapter ___7___

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
       Copy line 88 from *Schedule A/B*..................................................................................
       
       | $0.00 |

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................
       
       | $57,546.50 |

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................
       
       | $57,546.50 |

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
   
   | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................
       
       | $532,334.66 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................
       
       | **+** $3,690,090.94 |

4. **Total liabilities**................................................................................................................
   Lines 2 + 3a + 3b
   
   | $4,222,425.60 |

☐ Check if this is an
   amended filing

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From <u>01/01/2025</u> to   Filing date<br>         MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,153.50 |
| **For prior year:**   From <u>01/01/2024</u> to <u>12/31/2024</u><br>         MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,069,911.81 |
| **For the year before that:**   From <u>01/01/2023</u> to <u>12/31/2023</u><br>         MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $5,945,804.02 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From <u>01/01/2025</u> to   Filing date<br>         MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From <u>01/01/2024</u> to <u>12/31/2024</u><br>         MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From <u>01/01/2023</u> to <u>12/31/2023</u><br>         MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1. _____ Creditor's name _____ Street _____ _____ City          State    ZIP Code | _____ _____ _____ | _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. _____ Creditor's name _____ Street _____ _____ City          State    ZIP Code | _____ _____ _____ | _____ | _____ _____ _____ |
| **Relationship to debtor** _____ | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |

5.1. **Tames Partners, LLC | Charlie Tames**
Creditor's name

**PO Box 302634**
Street

**Austin, TX 78703**
City          State    ZIP Code

Trailer - VIN: 4T9U1ED29NA277120 -
Seized                                    9/2024

5.2. **CSA Realty Group**
Creditor's name

**9011 Mountain Ridge Dr #200**
Street

**Austin, TX 78759**
City          State    ZIP Code

Office/Commissary - Location of
Property: 2118 South Congress Ave,
Austin TX 78704 - Estimated Value of
Property $250,000 - Office/Commissary
was seized 03/14/2025.            03/14/2025        $250,000.00

5.3. **REISE ENERGY | Rogelio Sandoval**
Creditor's name

**Calle del Río San Juan 4500, sin
número, Monterrey, Nuevo León 64850**
Street

City          State    ZIP Code

Factory - Location of Property: Monte
Bajo 144, Col. Parque 200, 66368 Cdad.
Santa Catarina, N.L., Mexico - Estimated
Value of Property $150,000.00 Factory
was seized 03/28/2025.            03/28/2025        $150,000.00

5.4. **CSA continued**
Creditor's name

**9011 Mountain Ridge Dr #200**
Street

**Austin, TX 78759**
City          State    ZIP Code

PART 2 - CONTINUED:
Office/Commissary was seized
03/14/2025. - At the time it contained
approximate assets as 14 Rice Cookers,
10 Commercial Blenders, 2 Small Food
Processors, 1 Food Processor, 1 Food
Chopper, 1 Robot Coupe Mixer, 1 Robot
Coupe Slicer, 1 Meat Grinder, 1 Floor
Mixer, 200 Cambro Food Storage, Misc
Utensils, 2 Power Pack Heavy Duty, 4
SS HD Blending Shaft, Misc Pans.            3/14/2025        $84,373.06

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the
debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |
| 6.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

| Debtor | **The Food Company, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Picasy Business LLC DBA Discota Latino VS TruckBux Inc., Siki Kitchen LLC and Nicholas Christopher Nanakos** | **CIVIL** | **TRAVIS COUNTY** <br> Name <br> **8656 B WEST HWY 71, STE 200** <br> Street <br><br> **Austin, TX 78735** <br> City State ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br><br> **C-1-Cv-24-004857** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Proventure Capital LC v. Truckbux, Inc Et all** | **Civil** | **Fairfield County, CT** <br> Name <br> **1065 Main St** <br> Street <br><br> **Bridgeport, CT 06604** <br> City State ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br><br> _____ | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br> City State ZIP Code | Case title <br><br> Case number <br><br> Date of order or assignment | Court name and address <br><br> Name <br><br> Street <br><br> City State ZIP Code |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City                    State     ZIP Code

Recipient's relationship to debtor

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|--|-----------------------------------------------------------|------------------------------------------|--------------|------------------------|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | | |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|--------------------------------------------|-------------------------------------------------|-------|-----------------------|
| | **Kannon Moore Law** | **Attorney's Fee** | **01/2025** | **$2,500.00** |

Address

**7500 Rialto Blvd 1-250**
Street

**Austin, TX 78735**
City                    State     ZIP Code

Email or website address

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------|-------------------------|-----------------------------------|---------------------------|-----------------------|
|       |                         |                                   |                           |                       |
|       | **Trustee**             |                                   |                           |                       |
|       |                         |                                   |                           |                       |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|----------------------------|------------------------------------------------------------------------------------|------------------------|-----------------------|
|       | **Asados LLC (Daniel Blair)** | **Trailer - VIN: 4T9U1ED27NA277116 SOLD 05/06/2025 FOR 50K - PROCEEDS WENT PAY FOR BUSINESS EXPENSES, DEBTS AND EMPLOYEES.** | **5/6/2025** | **$50,000.00** |
|       | **Address**                |                                                                                    |                        |                       |
|       | **110 Alta Street #1**<br>Street |                                                                              |                        |                       |
|       | **San Francisco, CA 94133**<br>City          State     ZIP Code |                                                         |                        |                       |
|       | **Relationship to debtor** |                                                                                    |                        |                       |
|       | **Buyer**                  |                                                                                    |                        |                       |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|----------------------------|------------------------------------------------------------------------------------|------------------------|-----------------------|
|       | **Leticia V. Ramirez**     | **Trailer - VIN: 4T9U1ED20NA277118 - SOLD 03/25/2025 FOR 55K - PROCEEDS WENT PAY FOR BUSINESS EXPENSES, DEBTS AND EMPLOYEES.** | **03/25/2025** | **$55.00** |
|       | **Address**                |                                                                                    |                        |                       |
|       | **162 Encino Dr**<br>Street |                                                                                   |                        |                       |
|       | **Cedar Creek, TX 78612**<br>City          State     ZIP Code |                                                           |                        |                       |
|       | **Relationship to debtor** |                                                                                    |                        |                       |
|       | **Buyer**                  |                                                                                    |                        |                       |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____<br>Street<br><br>_____<br>City          State     ZIP Code | From _____ To _____ |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street | _____ | _____ |
| _____<br>City          State     ZIP Code | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | **How are records kept?**<br>_Check all that apply:_<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

  ☐ No. Go to Part 10.

  ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br><br>_____<br><br>Address<br><br>_____ | _____<br><br>_____<br><br>_____<br><br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **1Source Moving | Andy LeMaster**<br>Name | _____ | ~~The Trailers are kept and stored~~ | ☐ No |
| | **2906 Mormon Mill Road**<br>Street | _____ | ~~here~~ | ☑ Yes |
| | | _____ | _____ | |
| | | **Address** | _____ | |
| | **Austin, TX 78654**<br>City   State   ZIP Code | _____ | _____ | |
| | | _____ | | |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | _____ | _____ | _____ |
| _____<br>Street | _____ | _____ | |
| _____ | _____ | _____ | |
| _____<br>City   State   ZIP Code | | _____ | |

---

**Part 12:**   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____<br>Name | _____ | ☐ Pending |
| **Case number** | _____<br>Street | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | _____<br>City   State   ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **TruckBux, LLC (ORIGINAL ENTITY)**<br>Name<br>**1917 Willow Creek Dr**<br>Street<br><br>**Austin, TX 78741**<br>City          State     ZIP Code | | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____  To _____ |

| Debtor | The Food Company, Inc. | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.2.
**TruckBux, Inc**
Name

**3004 Danbury Ct**
Street

**Morrisville, PA 19067**
City     State     ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

Dates business existed

From _____ To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.3.
**The Food Company, Inc.**
Name

**251 Little Falls Drive**
Street

**Wilmington, DE 19808**
City     State     ZIP Code

**Principal Business TX - Food Truck Company**

EIN: **8 4 – 3 7 4 6 6 2 5**

Dates business existed

From **11/12/2019** To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.4.
**ZIKI Kitchen LLC**
Name

**1917 Willow Creek Drive, Unit 17-107**
Street

**Austin, TX 78741**
City     State     ZIP Code

EIN: **8 7 – 3 0 5 0 8 7 9**

Dates business existed

From **10/07/2021** To **PRESENT**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.5.
**BIG-FARMA LLC**
Name

**251 Little Falls Drive**
Street

**c/o Corporation Service Company**

**Wilmington, DE 19808**
City     State     ZIP Code

**Subsidiary of The Food Company Inc**

EIN: _ _ – _ _ _ _ _ _ _

Dates business existed

From _____ To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.
**Jake Cohen**
Name

**J. Cohen CPAs & Advisors,1613 Walnut Street, 2nd Floor**
Street

**Philadelphia, PA 19103**
City        State        ZIP Code

From _____ To **Present**

| Name and address | Dates of service |
|---|---|

26a.2. **Acuity.io**
Name
From _____ To **Present**

**3423 Piedmont Rd**
Street

**Atlanta, GA 30305**
City        State        ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. **Jake Cohen**
Name
From _____ To _____

**J. Cohen CPAs & Advisors., 1613 Walnut Street, 2nd Floor**
Street

**Philadelphia, PA 19103**
City        State        ZIP Code

| Name and address | Dates of service |
|---|---|

26b.2. **Acuity.io**
Name
From _____ To _____

**3423 Piedmont Rd NE**
Street

**Atlanta, GA 30305**
City        State        ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
**Jake Cohen**
Name

**J. Cohen CPAs & Advisors., 1613 Walnut Street, 2nd Floor**
Street

**Philadelphia, PA 19103**
City        State        ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.
**Acuity.io**
Name

**3423 Piedmont Rd NE**
Street

**Atlanta, GA 30305**
City        State        ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

26d.1.   **Proventure Capital LLC**
Name

**2613 E 16th Street**
Street

**Brooklyn, NY 11235**
City        State        ZIP Code

| Name and address |
| --- |

26d.2.   **Grand Funding LLC**
Name

**180 Maiden Lane**
Street

**New York, NY 10038**
City        State        ZIP Code

| Name and address |
| --- |

26d.3.   **CFG Merchant Solutions LLC**
Name

**180 Maiden Lane, 15th Floor**
Street

**New York, NY 10038**
City        State        ZIP Code

| Name and address |
| --- |

26d.4.   **Advantage Capital**
Name

**807 Las Cimas Parkway Las Cimas Bldg. II, Suite 340**
Street

**Austin, TX 78746**
City        State        ZIP Code

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

Name

_____

Street

_____

_____

City                 State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ , _____ | | _____ |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ , _____ | | From _____ <br> To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City   State   ZIP Code | _____ | _____ | _____ |

| Relationship to debtor |
|---|

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**07/14/2025**_____
      MM/ DD/ YYYY

**X** **/s/ Nicholas Nanakos**                    Printed name         **Nicholas Nanakos**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name          **The Food Company, Inc.**

United States Bankruptcy Court for the:

        **Western District of Texas**

Case number (if known): _____

❑ Check if this is an
amended filing

# Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1   Grand Funding LLC<br>180 Maiden Lane<br>New York, NY 10038 | | Business Debt - Monies Loaned or Advanced | | | | $1,543,970.00 |
| 2   Proventure Capital LLC<br>2613 E 16th Street<br>Brooklyn, NY 11235 | | Business Debt - Monies Loaned or Advanced | | | | $448,000.00 |
| 3   Texas Comptroller<br>Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capitol Station<br>Austin, TX 78711 | | Business Sales Tax | | | | $363,000.00 |
| 4   YFR \| Your Food Robotics, Inc.<br>2093 Philadelphia Pike Ste 4020<br>Claymont, DE 19703 | | Business Debt | | | | $270,578.86 |
| 5   Alejandro Perez<br>12230 SW 16th Terrance<br>Miami, FL 33175 | | Business Debt - Monies Loaned or Advanced | | | | $117,175.22 |
| 6   Texas Workforce Commission<br>Regulatory Integrity Division Collections - 101 E 15th St Room 556<br>Austin, TX 78778 | | Employee Wages | | | | $109,428.66 |
| 7   Toast Invoices \| Toast Capital<br>401 Park Drive, Suite 801<br>Boston, MA 02215 | | Invoice/Services | | | | $91,980.25 |
| 8   Ramp<br>71 5th Avenue, Floor 6, New York , 10003 | | Installment Payment/Invoice | | | | $77,636.33 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Carlos Carrillo<br>1124 Bartholomae St<br>Seguin, TX 78155 | | Business Debt - Monies Loaned or Advanced | | | | $73,635.09 |
| 10  CrunchTime! \| Information Systems, Inc.<br>120 Causeway St, Ste 306<br>Boston, MA 02114 | | Business Debt - Monies Loaned or Advanced | | | | $68,688.78 |
| 11  Door Dash Capital<br>303 2nd St, South Tower Suite 800<br>San Francisco, CA 94107 | | Invoice/Services | | | | $67,959.61 |
| 12  CFG<br>2455 House Street<br>Baltimore, MD 21230 | | Business Debt - Monies Loaned or Advanced | | | | $60,000.00 |
| 13  Prep ATX<br>3300 Marjan Drive<br>Atlanta, GA 30340 | | Business Debt - Monies Loaned or Advanced | | | | $56,428.00 |
| 14  Discoteca Latino<br>9027 Northgate Blvd Suite R 10<br>Austin, TX 78758 | | Business Debt - Monies Loaned or Advanced | | | | $55,615.00 |
| 15  Dept of Treasury - Internal Rev Services<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | | Employee Payroll Taxes | | | | $55,000.00 |
| 16  Workday Inc<br>P.O. Box 886106<br>Los Angeles, CA 90088 | | Business Debt - Monies Loaned or Advanced | | | | $54,408.28 |
| 17  Dominic Primerano<br>740 Honeysuckle Dr<br>Warminster, PA 18974 | | Business Debt - Monies Loaned or Advanced | | | | $44,690.00 |
| 18  Anthony D'Apolito<br>137 Chestnut Dr Wayne, NJ 07470<br>Wayne, NJ 07470 | | Business Debt | | | | $44,385.00 |
| 19  CSA Realty Group, inc<br>9011 Mountain Ridge Dr #200<br>Austin, TX 78759 | | Rent | | | | $42,500.00 |
| 20  Reagan Outdoor Advertising<br>7301 Burleson Road<br>Austin, TX 78744 | | Advertisement | | | | $42,455.00 |

# United States Bankruptcy Court
### Western District of Texas

**In re**    The Food Company, Inc.

Case No. _____

**Debtor**                                            Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ..................................................................................... **$2,500.00**

    Prior to the filing of this statement I have received ................................................................. **$2,500.00**

    Balance Due ........................................................................................................................... **$0.00**

2.    The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **07/14/2025** | **/s/ Justice Pierce** |
|---|---|
| *Date* | Justice Pierce |
| | *Signature of Attorney* |

Bar Number: 24132135
Kannon Moore Law
7500 Rialto Blvd 1-250
Austin, TX 78735
Phone: (512) 379-8080

**Kannon Moore Law**

*Name of law firm*

IN RE: **The Food Company, Inc.**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **07/14/2025**    Signature      **/s/ Nicholas Nanakos**

Nicholas Nanakos, Authorized Signer

**1Source Moving**
5006 Hamilton Rd
Austin, TX 78759

**7Shifts, Inc**
211 19th Street East, Saskatoon
Saskatchewan, Canada

**ABC Pest Control**
9475 E Highway 290,
Austin, TX 78724

**Acuity**
2800 South Taylor Drive PO Box 58
Sheboygan, WI 53082

**Advantage Capital**
807 Las Cimas Parkway Bldg. II, Suite
340
Austin, TX 78746

**Advantage Platform Services Inc**
Advantage Capital
104 E 25th Street, Floor 10
New York, NY 10010

**Alejandro Perez**
12230 SW 16th Terrance
Miami, FL 33175

**Alex Khomus**
840 Pacheco Street
San Francisco, CA 94116

**Aliena Zans Rodríguez**
2306 Wickersham Ln
Austin, TX 78741

**Ana Cabrera Gonzalez**
11411 Research Blvd,
Austin, TX 78759

**Andrea Martinez**
2239 Cromwell Circle
Austin, TX 78741

**Andres Lopez**
9300 Northgate Blvd
Austin, TX 78758

**Angel Pacheco**
723 Road 5138
Cleveland, TX 77327

**Angel Rodriguez**
1905 Willow Creek Dr
Austin, TX 78741

**Angie Cardenas**
12428 Sparks Rd
Manor, TX 78653

**Angie Gabriela Rodriguez**
2000 Burton Drive Apt. 137
Austin, TX 78741

**Anthony D'Apolito**
137 Chestnut Dr Wayne, NJ 07470
Wayne, NJ 07470

**Ariam Lopez Martinez**
1525 Grand Avenue, Apt 13108
Pflugerville, TX 78660

**Augment SAS**
107 Avenue Parmentier
Paris, France 75011

**Aylin Valera**
2201 Montopolis Dr
Austin, TX 78741

**BEK**
PO Box 1570
Fort Worth, TX 76101

**Berni Sanchez**
1007 E Rundberg Ln, Apt 123
Austin, TX 78753

**BFS (Business Financial)**
201 E. Las Olas Blvd, Suite 1450
Fort Lauderdale, FL 33301

**Bush Truck Leasing**
343 Manley Street, West Bridge
West Bridgewater, MA 02379

**Carlos Carrillo**
1124 Bartholomae St
Seguin, TX 78155

**Carlos Monroy**
100 Empress Tree Dr
Leander, TX 78641

**Carta (eShares, Inc.)**
195 Page Mill Road, Suite 101
Palo Alto, CA 94306

**CFG**
2455 House Street
Baltimore, MD 21230

**Cintas**
P.O. Box 29059
85038

**City of Austin**
PO Box 2267
Austin, TX 78783

Cognizant | Collaborative Solutions, LLC
11190 Sunrise Valley Drive, Suite 110
Reston, VA 20191

Compañía Internacional de Tráfico,
Volcán de Ajusco No. 211, Col.
Urdiales, Monterrey
N..L., México, C.P. 64430

Coolmax
165 Hollis Ln
Kyle, TX 78640

Cozzini
350 Howard Avenue
Des Plaines, IL 60018

CrunchTime! | Information Systems, Inc.
120 Causeway St, Ste 306
Boston, MA 02114

CSA Realty Group, inc
9011 Mountain Ridge Dr #200
Austin, TX 78759

Dankiel Gutierrez Marrtinez
7485 Chevy chase dr
Austin, TX 78752

Danyer Abad Rodriguez
2800 La Frontera Blvd
Round Rock, TX 78681

Dept of Treasury - Internal Rev Services
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Discoteca Latino
9027 Northgate Blvd Suite R 10
Austin, TX 78758

DocuSign
221 Main St #800
San Francisco, CA 94105

Dominic Primerano
740 Honeysuckle Dr
Warminster, PA 18974

Domos Omnispace
417 Arrieta El Vergel Colonia
Monterrey NL64987

Door Dash Capital
303 2nd St, South Tower Suite 800
San Francisco, CA 94107

Elia Perez Rodriguez
1801 Wells Branch Pkwy, Apt 710
Austin, TX 78728

Farm to Table
3913 Todd Ln, Ste 409
Austin, TX 78744

Favor
1705 Guadalupe St
Austin, TX 78701

Fluid Meter Service Corporation
1020 6th Avenue
Huntington, WV 25701

Francisca Lissette Sandoval Alvarez
3605 steck ave
Austin, TX 78759

Francisco Lopez
1007 East Rumberg ln, Apt 123
Austin, TX 78753

Grand Funding LLC
180 Maiden Lane
New York, NY 10038

Grissel Hernandez Balladares
1911 Willow Creek Dr, Apt 201
Austin, TX 78741

Hamilton Food Park
5006 Hamilton Lane
Austin, TX 78759

Hamilton Food Park
5002 Hamilton Lane
Austin, TX 78759

Hamilton Food Park (ABBRE, LLC)
(ABBRE, LLC)
1090 Barnview Ln
West Chester, PA 19382

Hardie's Fresh Foods
3131 Produce Row
Houston, TX 77023

Hartford WC Insurance (The Hartford)
One Hartford Plaza
Hartford, CT 06155

HK Propane, LLC
2301 N FM 973
Austin, TX 78724

HRR Enterprises, Inc.
1755 Genesis Dr
La Porte, IN 46350

Infisical Inc
235 2nd Street
San Francisco, CA 94105

**inFlow (Archon Systems Inc.)**
30 Fulton Way, Unit 5
Richmond Hill, ON L4B 1J5, Canada

**Iryna Nakonechna**
12220 Hunters Chase Dr
Austin, TX 78729

**Jaidy Alban**
2005 Willow Creek
Austin, TX 78741

**Jennifer Maradiaga**
2400 Wickecham Ln, Apt 280
Austin, TX 78741

**Jolt**
1510 Fashion Island Blvd #110
San Mateo, CA 94404

**Jonathan Vladimir Reyes Perez**
4821 E Riverside Dr, Austin, TX 78741
Austin, TX 78741

**Jose Benancio Alvarez Perez**
1630 Rutland Dr
Austin, TX 78758

**Jose Marin Solano**
2250 Ridgepoint, Unit 801
Austin, TX 78754

**Josselyn Acosta Hernandez**
1500 Lawnmont Dr
Round Rock, TX 78664

**Judith Gaitan Reyes**
1630 Rutland Dr
Austin, TX 78758

**Just Add Water ATX**
1348 Antelope Valley Road
Reno, NV 89506

**Karen Guerrero**
2306 Wickersham Ln
Austin, TX 78741

**Karla Pineda**
1919 Willow Creek Dr Apt 208
Austin, TX 78741

**Laz Parking / 99 Trinity Garage**
99 Trinity Street, Austin, TX
Austin, TX 78701

**Leidy Nunez**
2100 Wickersham Ln
Austin, TX 78741

**Lilian Rivero Quevedo**
2801 Wells Branch Pkwy, Apt. #212
Austin, TX 78728

**Malone Coffee**
14735 Bratton Ln #210
Austin, TX 78728

**Maria Argentina Guardado Sanchez**
2306 Wickercham Ln, Unit 1305
Austin, TX 78741

**Maria Zenaida Cardoso Llanes**
2811 La frontera Blvd
Austin, TX 78728

**Maxim Rent**
2093 Philadelphia Pike Ste 4020
Claymont, DE 19703

**Milan Josue Rodriguez**
2201 Montopolis Dr
Austin, TX 78741

**Mo Issa**
9024 Sawtooth Ln B
Austin, TX 78729

**Nelly Isabel Sanchez Meza**
2306 Wickercham Ln Unit 1305
Austin, TX 78741

**Niurka Davila**
1905 Willow Creek Dr. Apt 202
Austin, TX 78741

**Noah Richardson**
420 Marlboro Rd. Bridgeton NJ 08302
Bridgeton, NJ 08302

**Noah Richardson**
420 Marlboro Rd
Bridgeton, NJ 08302

**Noe Galaviz**
303 West 5th St. Unit 1206
Austin, TX 78701

**Northstar Leasing**
2002 Crow Canyon Place, Suite 130
San Ramon, CA 94583

**Notion Labs, Inc**
2300 Harrison Street
San Francisco, CA 94110

**Olga Bulava**
3209 South Interstate 35, Apt 2032
Austin, TX 78741

**OneSource Virtual, Inc.**
P.O. Box 737439
Dallas, TX 75373

**Opus Training, Inc.**
221 Canal Street
New York, NY 10013

**Pedro Arias**
1419 Ash Meadow Dr
Houston, TX 77090

**PODS**
13535 Feather Sound Dr
Clearwater, FL 33762

**Prep ATX**
3300 Marjan Drive
Atlanta, GA 30340

**Proventure Capital LLC**
2613 E 16th Street
Brooklyn, NY 11235

**Pry**
665 3rd St, #150
San Francisco, CA 94107

**Ramp**
71 5th Avenue, Floor 6, New York
10003

**Raul Torres**
Privada la Castaña 403
Privada la Castaña, Apodaca MX

**Reagan Outdoor Advertising**
7301 Burleson Road
Austin, TX 78744

**RhinoFleet (GPS Insight**
7201 E Henkel Way, Suite 400
Scottsdale, AZ 85255

**Sandra Alvarez Martinez**
7485 Chevy Chase Dr,
Austin, TX 78752

**Speiro Investments, LLC**
9551 Leyendekker Ct
Lakeside, CA 92040

**Speiro Investments, LLC**
4225 Executive Square, Suite 600
La Jolla, CA 92037

**Starlink**
1 Rocket Road
Hawthorne, CA 90250

**Texas Comptroller**
Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711

**Texas Disposal Systems**
PO Box 674090
Dallas, TX 75267

**Texas First Rentals**
1201 E. 4th Street
Austin, TX 78702

**Texas Gas Service**
P.O. Box 219913
Kansas City, MO 64121

**Texas Pro Contracting Air**
Conditioning and Heating LLC
151 CR 3370A
Cleveland, TX 77327

**Texas Workforce Commission**
Regulatory Integrity Division
Collections - 101 E 15th St Room 556
Austin, TX 78778

**Thalia Bosque Hernandez**
2800 La frontera Blvd
Round Rock, TX 78681

**Toast Invoices | Toast Capital**
401 Park Drive, Suite 801
Boston, MA 02215

**USFOOD (US Foods)**
9399 W. Higgins Road, Suite 500
Des Plaines, IL 60018

**Verizon Wireless**
Po Box 660108
Dallas, TX 75266

**Virtue Craft**
512 Rio Grande St
Austin, TX 78701

**Workday Inc**
P.O. Box 886106
Los Angeles, CA 90088

**Yary Quintana**
7485 Chevy Chase Dr, 106
Austin, TX 78752

**Yeidis Enamorado Mendez**
7584 Chevy Chase Dr, 16-104
Austin, TX 78752

**YFR | Your Food Robotics, Inc.**
2093 Philadelphia Pike Ste 4020
Claymont, DE 19703

**Yuleisy Perez Fonseca**
2811 La Frontera blvd
Austin, TX 78728

**Yuritza Tejeda**
1630 Rutland Dr
Austin, TX 78758

**Yuritza's Check**
1762 Colony Creek Dr
Austin, TX 78758

**ZeroAcre Oil**
801 El Camino Real
Menlo Park, CA 94025